IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KENNETH L. HARRIS                                               PETITIONER
Reg. # 28008-044

v.                          No. 2:11-cv-17-DPM

T.C. OUTLAW, Warden, FCC Forrest City                           RESPONDENT

ORDER

The Court has reviewed Magistrate Judge J. Thomas Ray's recommendation that Harris's petition for a writ of habeas corpus be dismissed. The Court has also considered Harris's objections to that recommendation. *Document No. 17.* On *de novo* review, the Court adopts Judge Ray's recommendation, *Document No. 12,* as its own. Harris's four objections are clear but clearly mistaken on the law. Harris's petition is dismissed without prejudice.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

24 April 2012