# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**KENNETH L. HARRIS**                       **PETITIONER**
Reg. # 28008-044

v.                 No. 2:11-cv-17-DPM

T.C. OUTLAW, Warden, FCC Forrest City        **RESPONDENT**

## JUDGMENT

Harris's petition is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 April 2012